*Poo Point* 150017291     41

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Jeffrey Allred,
4759 Gray Street
Detroit Michigan 48215
Plaintiff, pPo Se



**FILED**
SEP 26 2025
CLERK'S OFFICE
DETROIT

v.

DaVita Grosse Pointe Dialysis Center, DaVita State Fair Dialysis Center,

DMC Harper Hospital, Corewell Health Beaumont Grosse Pointe Hospital,

f k a Great Lakes LLC / <u>Dialysis Care Center</u>,

Defendants.

Case: 2:25-cv-13047
Assigned To : Leitman, Matthew F.
Referral Judge: Altman, Kimberly G.
Assign. Date : 9/26/2025
Description: CMP ALLRED v
DAVITA GROSSE POINTE
DIALYSIS CENTER ET AL (JP)

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Jeffrey Allred, brings this civil action against the above-named Defendants for violations of his constitutional and statutory rights. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question).

## PARTIES

1. Plaintiff Jeffrey Allred is a resident of Wayne County, Michigan, and a patient who received dialysis and medical care at facilities operated by the Defendants.

2. Defendants are dialysis providers, hospitals, and healthcare corporations doing business in Michigan and subject to this Court's jurisdiction.

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 28 U.S.C. § 1331 as this action arises under the Constitution and laws of the United States, including the Americans with Disabilities Act, the Rehabilitation Act, HIPAA, and 42 U.S.C. § 1983.

4. Venue is proper in this District under 28 U.S.C. § 1391 because the events giving rise to these claims occurred within this District.

## STATEMENT OF CLAIM

5. Plaintiff filed grievances concerning negligence and mistreatment. In retaliation, Defendants labeled Plaintiff a "violent threat" without due process, isolating him and denying proper dialysis and medical care.

6. Plaintiff was subjected to religious discrimination, harassment, and emotional distress caused by Defendants' misconduct.

7. Defendants' actions contributed to Plaintiff suffering a stroke and continued harm.

## CAUSES OF ACTION

Count I – Violation of the Americans with Disabilities Act (ADA)

8. Defendants discriminated against Plaintiff on the basis of disability by denying him equal access to dialysis and medical care.

Count II – Constitutional Violations under 42 U.S.C. § 1983

9. Defendants, acting under color of state and corporate authority, violated Plaintiff's rights under the First, Fourth, and Fourteenth Amendments.

Count III – Retaliation

10. Defendants retaliated against Plaintiff for filing grievances by labeling him a threat and denying him services.

Count IV – Denial of Medical Care

11. Defendants' actions constituted deliberate indifference to Plaintiff's serious medical needs, in violation of the Constitution and federal law.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, awarding the following relief:

a. Damages of $50,000,000.00 against each Defendant, totaling $250,000,000.00;

b. Injunctive relief as deemed just and proper by the Court;

c. A trial by jury on all issues so triable; and

d. Such other relief as this Court deems just and equitable.

Respectfully submitted,

Jeffrey Allred

4159 Gray Street

Detroit, MI 48215

Phone: 646-377-1119

Email: oneteamdter801@gmail.com

Dated: _____

Case 2:25-cv-13047-MFL-KGA ECF No. 1, PageID.4 Filed 09/26/25 Page 4 of 41
4/1/25, 12:47 PM
Gmail - Complaint regarding violation of patient rights and inadequate care by DaVita technician involves the following

 Gmail

## Complaint regarding violation of patient rights and inadequate care by DaVita technician involves the following

---

Jeffrey Allred <oneteamster801@gmail.com>                    Sun, May 12, 2024 at 8:27 PM
To: Erin Baumann <erin.baumann@ipro.us>
Cc: OCRMail@hhs.gov, laura.edwards@ipro.us, Esrdnetwork2@ipro.us, IndependentChair@davita.com,
HIPAA@davita.com, opmc@health.ny.gov
Bcc: Jeffrey Allred <oneteamster801@gmail.com>, LoveConeyIsland <loveconeyisland@gmail.com>



- Disrespectful or unprofessional communication
- Neglect or abandonment
- Failure to provide appropriate care and treatment
- Failure to monitor and address patient concerns
- Inadequate infection control practices
- Failure to respect patient autonomy and decision-making rights

Erin baumann, & To whom this may concern

Please allow me to articulate my thoughts in hope of immediate resolution to this life & death situation. My name is jeffrey Allred, pardon me for contacting you again however,
I am writing to express my concern and file a complaint regarding the conduct of Technicians Dena, Arian, and Debora. DaVita technicians at 18000 Warren st, Detroit Michigan. My complaint started in the 3rd week of April to present with technician Debra. In April tech Debora was inserting the needles in my arm improperly causing me pain and ignoring me after Mentioning that I was feeling slight pain in my arm. On May th5 th & May 9th, I experienced a violation of my rights as a patient and received inadequate care during my dialysis treatment.

Technician Debora has been sticking me the wrong way causing pain to my arm and "ignored my reports of discomfort and pain during treatment. Technician Debora was not inserting the needle aligned with the access but across the access causing pain and discomfort. Afterwards, I show her the proper way. She then replied, "Let me do my Job". Display a very bad attitude. On May 5th, 2024. Technician Debora, while taking me off the machine she stopped to use her phone 3 times in the middle of taking me off the Machine. I mentioned that she needed to secure my access properly. She said it was ok and left. I got in my car, drove 7 Blocks and returned because I was bleeding uncontrollably. My garments were all soaked in Blood. This behavior is unacceptable and violates the rights and dignity of patients under their care.

On May 9th, 2024, technician Debora Made me wait 45 mins before she put me on the Machine and displayed attitude. I requested that she stick me along the direction of my fistula, again Debora inserted the needles in my fistula the wrong way causing pain &

Discomfort. Also, Debora Left a Bubble in my line that could have killed me, Debora was ready to start the Machine until I said. There is a big bubble in my line.  She then had to remove the bubble from the line. Technician Debora then quoted that she's been doing this job for 11 years then said "Can you let me do my job? with an attitude. " I very calmly replied ."This is my body".

Also on May 9th For fear of the fact that I may bleed again .I requested that I be taken off the Machine by Technician Adrian , Instead of Debora.  On May 5th he secured my access well and paid attention to my instructions. I informed him that the arm I drive with took his time.

However, on this day of May 5th, 2024, after having a conversation with Debora. Technician Adrian became very uncooperative and ignored every word I requested of him. Technician Adrian did whatever he wanted to my arm. Adrian told me that he has been stuck by needles twice trying to take a patient off the machine and that I want too much, from him and that he does not want to be stuck again. It was at this moment that Technician Adrian took a band aid and put one figure over the needle and pulled it out without securing the sticky sides of the Band-Aids, Technician Adrian then put a small piece of gore on me and walked away. Blood was all over the place. At this time Technician Dena and Nurse Joy walked over to me and asked what happened.

I explained Dena, while I was explaining Adrian walked back over and stood there watching. I asked Technician Adrian ( while my blood was sticking to me arm), if you've been stuck by needles before there should be an accident report correct? "Suddenly" technician Dena began to scream and yell at me like a crazy woman. Technician Dena was screaming out loud "That's NONE of your business"! What does that have to do with you!? It was at this point ,I felt threatened. She was screaming this at me as if I was a child. I calmly Replied" he told me that and made it my business. If it's a lie he just doesn't want to do his job. Technician Dena then yelled out "I'm Not going to Argue with you she seems to have flipped me the bird or made some type of hand gesture? Meanwhile, Debora was watching from the background.  I then said oh I see what's going on. Then I asked What is some type of gang? I just sat there unsecured while the blood was now drying up on my arm. and they walked away.

After 10 minutes someone mentioned it to the head Nurse Travis who I believe to be a fine gentleman came to see what was going on and noticed the dried-up blood and unsecured access and cleaned it up as I explained. He said he will speak to them. I said I want to leave the facility.

On Friday May 11th Technician Debora walked over to me with someone the works in surgery and asked her how she should insert my Needles to prove me wrong. The woman informed Technician Debora that I was correct. This means I was not being taken care of properly.

As a patient at DaVita, I expect to receive competent, compassionate, and respectful care. I request that you take immediate action to address this issue, including:

1. Investigating this incident
2. Taking appropriate disciplinary action against the technicians
3. Providing additional training on patient rights, infection control, and patient care for all staff members

2

Case 2:25-cv-13047-MFL-KGA   ECF No. 1, PageID.6   Filed 09/26/25   Page 6 of 41

Gmail - Complaint regarding violation of patient rights and inadequate care by DaVita technician involves the following       7/7/25, 12:47 PM

4. Ensuring that patients receive a clear explanation of their rights and responsibilities
5. Implementing measures to prevent similar incidents in the future

I would appreciate a prompt response regarding the actions you will take to address this complaint. If I do not receive a satisfactory response, I will be forced to seek further action, including filing a complaint with state and federal regulatory agencies.

Thank you for your attention to this matter.

Sincerely,

Jeffrey Allred
Email: oneteamster801@gmail.com
Cell ph 6463771119

---

**Jeffrey Allred** <oneteamster801@gmail.com>                                    Tue, Jun 10, 2025 at 1:51 PM
To: LoveConeyIsland <loveconeyisland@gmail.com>

 Gmail

## Complaint regarding violation of patient rights and inadequate care by DaVita technician involves the following

Sun, May 12, 2024 at 8:27 PM

Jeffrey Allred <oneteamster801@gmail.com>
To: Erin Baumann <erin.baumann@ipro.us>
Cc: OCRMail@hhs.gov, laura.edwards@ipro.us, Esrdnetwork2@ipro.us, IndependentChair@davita.com, HIPAA@davita.com, opmc@health.ny.gov
Bcc: Jeffrey Allred <oneteamster801@gmail.com>, LoveConeyIsland <loveconeyisland@gmail.com>

- Disrespectful or unprofessional communication
- Neglect or abandonment
- Failure to provide appropriate care and treatment
- Failure to monitor and address patient concerns
- Inadequate infection control practices
- Failure to respect patient autonomy and decision-making rights



EXHIBIT

B

Erin baumann, & To whom this may concern

Please allow me to articulate my thoughts in hope of immediate resolution to this life & death situation. My name is jeffrey Allred, pardon me for contacting you again however, I am writing to express my concern and file a complaint regarding the conduct of Technicians Dena, Arian, and Debora. DaVita technicians at 18000 Warren st, Detroit Michigan. My complaint started in the 3rd week of April to present with technician Debra. In April tech Debora was inserting the needles in my arm improperly causing me pain and ignoring me after Mentioning that I was feeling slight pain in my arm. On May th5 th & May 9th, I experienced a violation of my rights as a patient and received inadequate care during my dialysis treatment.

Technician Debora has been sticking me the wrong way causing pain to my arm and "ignored my reports of discomfort and pain during treatment. Technician Debora was not inserting the needle aligned with the access but across the access causing pain and discomfort. Afterwards, I show her the proper way. She then replied, "Let me do my Job". Display a very bad attitude. On May 5th, 2024. Technician Debora, while taking me off the machine she stopped to use her phone 3 times in the middle of taking me off the Machine. I mentioned that she needed to secure my access properly. She said it was ok and left. I got in my car, drove 7 Blocks and returned because I was bleeding uncontrollably. My garments were all soaked in Blood. This behavior is unacceptable and violates the rights and dignity of patients under their care.

On May 9th, 2024, technician Debora Made me wait 45 mins before she put me on the Machine and displayed attitude. I requested that she stick me along the direction of my fistula, again Debora inserted the needles in my fistula the wrong way causing pain &

Discomfort. Also, Debora Left a Bubble in my line that could have killed me, Debora was ready to start the Machine until I said. There is a big bubble in my line.  She then had to remove the bubble from the line. Technician Debora then quoted that she's been doing this job for 11 years then said "Can you let me do my job? with an attitude. " I very calmly replied ."This is my body".

Also on May 9th For fear of the fact that I may bleed again .I requested that I be taken off the Machine by Technician Adrian , Instead of Debora.  On May 5th he secured my access well and paid attention to my instructions. I informed him that the arm I drive with took his time.

However, on this day of May 5th, 2024, after having a conversation with Debora. Technician Adrian became very uncooperative and ignored every word I requested of him. Technician Adrian did whatever he wanted to my arm. Adrian told me that he has been stuck by needles twice trying to take a patient off the machine and that I want too much, from him and that he does not want to be stuck again. It was at this moment that Technician Adrian took a band aid and put one figure over the needle and pulled it out without securing the sticky sides of the Band-Aids, Technician Adrian then put a small piece of gore on me and walked away. Blood was all over the place. At this time Technician Dena and Nurse Joy walked over to me and asked what happened.

I explained Dena, while I was explaining Adrian walked back over and stood there watching. I asked Technician Adrian ( while my blood was sticking to me arm), if you've been stuck by needles before there should be an accident report correct? "Suddenly" technician Dena began to scream and yell at me like a crazy woman. Technician Dena was screaming out loud "That's NONE of your business"! What does that have to do with you!? It was at this point ,I felt threatened. She was screaming this at me as if I was a child. I calmly Replied" he told me that and made it my business. If it's a lie he just doesn't want to do his job. Technician Dena then yelled out "I'm Not going to Argue with you she seems to have flipped me the bird or made some type of hand gesture? Meanwhile, Debora was watching from the background.  I then said oh I see what's going on. Then I asked What is some type of gang? I just sat there unsecured while the blood was now drying up on my arm. and they walked away.

After 10 minutes someone mentioned it to the head Nurse Travis who I believe to be a fine gentleman came to see what was going on and noticed the dried-up blood and unsecured access and cleaned it up as I explained. He said he will speak to them. I said I want to leave the facility.

On Friday May 11th Technician Debora walked over to me with someone the works in surgery and asked her how she should insert my Needles to prove me wrong. The woman informed Technician Debora that I was correct. This means I was not being taken care of properly.

As a patient at DaVita, I expect to receive competent, compassionate, and respectful care. I request that you take immediate action to address this issue, including:

1. Investigating this incident
2. Taking appropriate disciplinary action against the technicians
3. Providing additional training on patient rights, infection control, and patient care for all staff members

2.

4. Ensuring that patients receive a clear explanation of their rights and responsibilities
5. Implementing measures to prevent similar incidents in the future

I would appreciate a prompt response regarding the actions you will take to address this complaint. If I do not receive a satisfactory response, I will be forced to seek further action, including filing a complaint with state and federal regulatory agencies.

Thank you for your attention to this matter.

Sincerely,

Jeffrey Allred
Email: oneteamster801@gmail.com
Cell ph 6463771119

---

**Jeffrey Allred** <oneteamster801@gmail.com>                          Tue, Jun 10, 2025 at 1:51 PM
To: LoveConeyIsland <loveconeyisland@gmail.com>

3

**DETROIT POLICE DEPARTMENT – TWELFTH PRECINCT**
1441 W. 7 Mile Road
DETROIT, MI 48203
MAIN: (313) 596-1200   DETECTIVES: (313) 596-1240

DATE: 8-3-24

REPORT #: 24-0803-0281

Officer/Civilian ___Mathers___
(Name of person taking report)

A copy of your **Vehicle Accident** report can be picked up in person and will be ready 7 business days after it has been reported.  There is a fee of $10.00 (cash only).  You may also retrieve a Vehicle Accident report online at **www.authorizetransaction.com** at a $17.00 charge.

A copy of an **Incident** report can be picked up in person and will be ready 3-5 business days after it has been reported.  There will be a fee of $10.00 (cash only).

**Detroit Police Department Records and Gun Registration** is located at **2875 W. GRAND BLVD., DETROIT, MI 48202.**  Hours of operation are 8:00 a.m. to 3:45 p.m., Monday through Friday, and may be contacted at the following:

Records: (313) 596-1908

Gun Registration: (313) 596-1984

Auto Recovery or Telephone Crime Reporting: (313) 267-4600



1



## What Happens After You Make a Police Report?

The responding officer enters the report and assigns a case number.

An investigator (or Officer in Charge, OIC) is assigned to the case.

*You are an important part of the case. If the OIC can't reach you, they may be forced to close the case.*

The OIC will contact you using the contact information that you provided.
**The number that the OIC calls from will likely show up on your phone as: +3130000000000.**

*If you do not want to press charges, the case will be closed.*

The OIC will ask if you want to press charges.

To get your report number, call the **12** precinct.

Case Number:

You should be contacted by an investigator from:

The number for the investigator's unit is:
**313-596-1240**

If you do want to press charges, the OIC will take a statement from you. You will be asked to tell the story of the crime again. You may be asked questions to clarify or elaborate on the details.
*In many cases, you will have to go to the precinct to give your statement.*

82479 (2/28/17)

ST·JOHN PROVIDENCE | Ascension

2

| Agency Name | INCIDENT/INVESTIGATION | Case# |
|---|---|---|
| *Detroit Police Department* | **REPORT** | *240803-0281* |

**INCIDENT/INVESTIGATION REPORT**

**Agency Name:** *Detroit Police Department*
**ORI:** *MI 8234900*

**Case#** *240803-0281*
**Date / Time Reported** *08/03/2024 16:56   Sat*

**Location of Incident:** *19800 WOODWARD AVE, Detroit MI 48203*
**Gang Relat:** NO
**Premise Type:** *Pharmacy/dr`s*
**Zone/SCA:** 1205

**Last Known Secure** *08/03/2024 16:55   Sat*
**At Found** *08/03/2024 16:56   Sat*

| # | Crime Incident(s) | | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | *General Non-criminal* 99009 | (Com ) | *None* | | | | N |
| #2 | Crime Incident | ( ) | Weapon / Tools | Entry | Exit | Security | Activity |
| #3 | Crime Incident | ( ) | Weapon / Tools | Entry | Exit | Security | Activity |
| | | | | Entry | Exit | Security | |

**MO**

**# of Victims** 1   **Type:** INDIVIDUAL/ NOT LAW   **Injury:** None/none Apparent   **Domestic:** NO

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *ALLRED, JEFFREY* | 1, | *03/10/1968* Age 56 | B | M | 199 | *Resident* | |

**Home Address:** *4159 GRAY ST , Detroit, MI 48215-*
**Email:**
**Home Phone:** *646-377-1119*
**Employer Name/Address:**
**Business Phone:**
**Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**CODES:** V- Victim (Denote V2, V3)   WI = Witness   IO = Involved Other   RP = Reporting Person (if other than victim)

| | Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| | Home Address | | Email | | | | | Home Phone | |
| | Employer Name/Address | | | | | Business Phone | | Mobile Phone | |
| | Type: | | Injury: | | | | | | |
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| | Home Address | | Email | | | | | Home Phone | |
| | Employer Name/Address | | | | | Business Phone | | Mobile Phone | |

**1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown**
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Officer/ID#** *Matthews, Debra A   (WES, 12TH)* (M2196)
**Invest ID#** (0)
**Supervisor** *Galeczka, Arthur   (WES, 12TH)*

**Status**
**Complainant Signature**
**Case Status** *Active*   08/03/2024
**Case Disposition:**
**Page 1**

# INCIDENT/INVESTIGATION REPORT

*Detroit Police Department*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

**Case # 240803-0281**

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| **D R U G S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE*

## NARRATIVE

The victim stated that at the date, time and location listed on the report they were the victim of discrimination.

# REPORTING OFFICER NARRATIVE

| Detroit Police Department | | OCA |
|---|---|---|
| Victim<br>**ALLRED, JEFFREY** | Offense<br>*GENERAL NON-CRIMINAL* | 240803-0281<br>Date / Time Reported<br>*Sat 08/03/2024 16:56* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

[08/03/2024 22:19, MATTHEWSD156, 28311]


PO Debra Matthews
12DSK

Victim: Jeffrey Allred b/m 3-10-68
Suspect: Davita Dialysis Clinic


On today`s date the victim came into the 12th PCT to report being discriminated against by Davita Dialysis Clinic.

The victim stated on 7-30-24 the head nurse LaTina and assisting nurse Jose began to treat him rudely during his dialysis sitting. The victim stated he told the medical staff he did not want medical drugs because of his religious beliefs. The victim stated the medical staff left him connected to an IV line for an excessive amount of time, which led to his bruising, until he threatened to call the police. The victim believes the facility called the police on him because when he left out of the facility there were officers there to speak to him. The victim was told the next day he was banned from coming to the facility because he threatened the nurses.

## Incident Report Suspect List

**Detroit Police Department**

OCA: **240803-0281**

| 1 | Name (Last, First, Middle) | | | | | | | Also Known As | | | | Home Address | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *No name* | | | | | | | | | | | | |

**Business Address**

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | | Model | | Color | Caliber | Dir of Travel | | |
| | | | | | | | | | Mode of Travel | | |
| Vch Yr / Make / Model | | Drs | Style | | Color | | Lic Plate / State | | VIN | | |

Notes

Physical Char

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

**Exhibit D(__): Medications Ordered for Jeffrey Allred Harper-Hutzel Hospital (DMC), August 1–2, 2024 Referring Physician: Dr. Xiaoping Huang**

## Statement to the Honorable Judge

The following ten medications were ordered at Harper-Hutzel Hospital (Detroit Medical Center) during my hospital encounter from August 1 to August 2, 2024, under the oversight of Dr. Xiaoping Huang, the referring physician. None of these medications are psychotropic (emotion-stabilizing) drugs; they were prescribed for medical conditions such as end-stage renal disease, hyperkalemia, and hypertension. I assert that I did not need most of these medications, as evidenced by my refusal of four due to my preference for herbal remedies and distrust of Western medicine, expressed during my encounter (e.g., stating "are yall going to kill me?"). Dr. Huang did not order these medications at DaVita State Fair Dialysis, where I received dialysis prior to August 1, 2024, because they were unnecessary for my treatment there. I believe these orders, following Dr. Huang's text message on July 31, 2024, directing me to DMC and warning me not to return to DaVita due to alleged staff threats and Retaliations, were unwarranted and part of an attempt to force treatment or admission against my will, leading to my discharge against medical advice (AMA) on August 2, 2024.

## Medications Ordered

**EXHIBIT**

**A**

1

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

Below is a list of the ten medications ordered, sorted by order date and time, with

side effects, psychotropic status, memory/brain effects, and context, as documented

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

in the Continuity of Care Document.

1. **Docusate (Colace)**

   Order Date/Time: Not specified (scheduled, active August 1–2, 2024)

   Dosage: 100 mg (1 capsule), by mouth, twice daily (BID)

   Purpose: Stool softener for constipation in end-stage renal disease (ESRD) patients

   Side Effects:

   - Common: Mild abdominal cramping, diarrhea, throat irritation (liquid form)

   - Rare: Rash, allergic reactions (itching, swelling), rectal irritation (enema)

   - Drug Interactions: Minimal; may interact with mineral oil

   Psychotropic: No, gastrointestinal medication

   Memory/Brain Effects: None documented; acts locally in gut, not systemically absorbed

   Context: Ordered for constipation risk during hospitalization; no refusal noted, unclear if taken due to AMA discharge

2. **Heparin**

   Order Date/Time: Not specified (scheduled, active August 1–2, 2024)

   Dosage: 5,000 units (1 mL), subcutaneous, every 8 hours (Q8)

   Purpose: Anticoagulant for deep vein thrombosis (DVT) prophylaxis in ESRD and myocardial infarction (MI) patients

   Side Effects:

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

- Common: Bruising, bleeding at injection site, mild pain

- Serious: Heparin-induced thrombocytopenia, excessive bleeding, allergic reactions, osteoporosis (long-term use)

- Drug Interactions: NSAIDs, aspirin, other anticoagulants (increase bleeding risk)

Psychotropic: No, anticoagulant medication

Memory/Brain Effects: No direct link; rare severe bleeding could cause neurological issues (not noted in case)

Context: Ordered for DVT prophylaxis; no refusal noted, may not have been fully administered due to AMA discharge

3. **Pantoprazole (Protonix)**

Order Date/Time: Not specified (scheduled, active August 1–2, 2024)

Dosage: 40 mg (1 tablet), by mouth, every 24 hours (Q24)

Purpose: Proton pump inhibitor for gastrointestinal prophylaxis

Side Effects:

- Common: Headache, diarrhea, nausea, abdominal pain, dizziness

- Serious: Low magnesium (>3 months), vitamin B12 deficiency (>3 years), fractures (>1 year), acute nephritis, severe skin reactions, liver injury (rare), thrombocytopenia (rare)

- Drug Interactions: Rilpivirine, methotrexate, warfarin

Psychotropic: No, gastrointestinal medication

4

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

Memory/Brain Effects: No direct link; long-term use (>1 year) may have slight

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

dementia risk in older adults (not applicable here)

Context: Ordered for GI prophylaxis during dialysis; no refusal noted, may not have been fully administered due to AMA

4. **Acetaminophen (Tylenol)**

Order Date/Time: Not specified (PRN, active August 1–2, 2024)

Dosage: 1,000 mg (2 tablets), by mouth, every 6 hours as needed (PRN)

Purpose: Analgesic for headache/pain, safe for renal patients

Side Effects:

- Common: Nausea, rash, insomnia (rare)

- Serious: Liver damage (overdose, >4,000 mg/day), allergic reactions, Stevens-Johnson syndrome (very rare)

- Drug Interactions: Warfarin (increases bleeding risk)

Psychotropic: No, pain/fever medication

Memory/Brain Effects: None at standard doses; overdose could cause encephalopathy due to liver failure (not applicable)

Context: Ordered for reported headache/lightheadedness; likely refused due to preference for herbal remedies

5. **Sodium Chloride (Normal Saline Flush)**

Order Date/Time: Not specified (scheduled/PRN, active August 1–2, 2024)

Dosage: 3 mL, IV push, every 8 hours (Q8) and as needed

Purpose: Maintains IV line patency for dialysis

Side Effects:

6

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

- Common: None significant; mild irritation at injection site possible

- Rare: Infection, air embolism if improperly administered

- Drug Interactions: None significant

Psychotropic: No, procedural saline solution

Memory/Brain Effects: None; inert with no systemic impact

Context: Ordered to support dialysis via left arteriovenous fistula; likely administered, no refusal noted

6. **Sodium Zirconium Cyclosilicate**

Order Date/Time: August 1, 2024, 22:49 EDT (one-time order)

Dosage: 10 gm (1 packet), by mouth, one time only

Purpose: Potassium binder for hyperkalemia (potassium 5.2–6.0 mMol/L)

Side Effects:

- Common: Edema, hypokalemia

- Serious: Gastrointestinal upset (nausea, constipation), allergic reactions (rare)

- Drug Interactions: Reduces absorption of other oral medications (administer 2 hours apart)

Psychotropic: No, hyperkalemia medication

Memory/Brain Effects: None documented; acts in gut, minimal systemic absorption

Context: Ordered in ED for hyperkalemia; refused due to preference for herbal

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

remedies

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

7. **Insulin Regular (Human)**

   Order Date/Time: August 1, 2024, 22:52 EDT (one-time order)

   Dosage: 5 units (0.05 mL), IV push, one time only

   Purpose: Shifts potassium into cells for hyperkalemia treatment

   Side Effects:

   - Common: Hypoglycemia, injection site reactions

   - Serious: Severe hypoglycemia (confusion, seizures), allergic reactions

   - Drug Interactions: Beta-blockers, alcohol (increase hypoglycemia risk)

   Psychotropic: No, metabolic medication

   Memory/Brain Effects: Severe hypoglycemia could cause transient confusion (rare, not applicable as refused)

   Context: Ordered in ED with glucose for hyperkalemia; refused due to preference for herbs

8. **Glucose (D50W Injectable Solution)**

   Order Date/Time: August 1, 2024, 22:53 EDT (one-time order)

   Dosage: 25 gm (50 mL), IV push, one time only

   Purpose: Prevents hypoglycemia during insulin use for hyperkalemia

   Side Effects:

   - Common: Hyperglycemia, vein irritation

   - Serious: Fluid overload, allergic reactions (rare)

   - Drug Interactions: Minimal

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

Psychotropic: No, metabolic support

Memory/Brain Effects: None; severe hyperglycemia could cause confusion (not applicable as refused)

Context: Ordered in ED with insulin; refused due to preference for herbs

9. **Albuterol (Inhalation Solution)**

Order Date/Time: August 1, 2024, 22:54 EDT (one-time order)

Dosage: 2.5 mg (3 mL), nebulization, one time only

Purpose: Shifts potassium into cells for hyperkalemia treatment

Side Effects:

- Common: Tremors, nervousness, increased heart rate, headache

- Serious: Arrhythmias, hypokalemia, allergic reactions

- Drug Interactions: Beta-blockers, MAOIs (increase cardiovascular risks)

Psychotropic: No, respiratory/metabolic medication

Memory/Brain Effects: None; nervousness possible but not cognitive impairment (refused)

Context: Ordered in ED for hyperkalemia; refused due to preference for herbs

10. **Hydralazine**

Order Date/Time: August 1, 2024, 23:19 EDT (one-time order)

Dosage: 25 mg (1 tablet), by mouth, one time only (STAT)

Purpose: Antihypertensive for acute hypertension (BP 171/85–207/96)

Side Effects:

- Common: Headache, dizziness, flushing, rapid heartbeat

10

United ATATES EASTERN DISTRICT COURT
OF DETROIT MICHGAN
SOUTHERN DIVISION

- Serious: Lupus-like syndrome (long-term), hypotension, angina, allergic reactions

- Drug Interactions: Beta-blockers (increase hypotension risk)

Psychotropic: No, antihypertensive medication

Memory/Brain Effects: None; dizziness or hypotension could cause transient confusion (rare, not noted)

Context: Administered in ED; further BP medications refused

## Submission Details

This document is submitted as Exhibit D in support of my lawsuit in the Eastern District of Michigan, Case No. [Case Number]. It lists the ten medications ordered at Harper-Hutzel Hospital (DMC) from August 1–2, 2024, under Dr. Xiaoping Huang, with side effects and my assertion that most were unnecessary and not ordered at DaVita State Fair Dialysis.

 Gmail

## Concerns and Experience as an outptient at Corewell Health Beaumont Grosse Pointe

**Jeffrey Allred <oneteamster801@gmail.com>**                                      Tue, Sep 24, 2024 at 8:39 PM
To: tina.freesedecker@corewellhealth.org, brenda.payton@corewellhealth.org, lori.wydryck@corewellhealth.org, charlotta.marion@corewellhealth.org, sundara.gunti@corewellhealth.org, glen.clark@corewellhealth.org
Bcc: Jeffrey Allred <oneteamster801@gmail.com>

Good afternoon,

I'm writing to express concern once again, regarding my recent experience at Corewell Health Beaumont Grosse Pointe Hospital Emergency Room.

On September 24th 2024 at 6:12 pm I completed dialysis treatment and was looking for my blood test results, specifically my potassium levels. When I asked the nurses Sally and Brian, earlier while doing my dialysis treatment, they said they did not see them in the records and also wondered where they were.

After I got my discharge papers I went to the emergency room triage area and inquired about the blood work results. A male at the station immediately became irate, told me I was already discharged and told me to get out of the hospital. I calmly asked for his name which he told me was Matt and he replied again, get out of the hospital. As I turned to leave, he had already called the hospital police. The police screamed at me that if I returned to the hospital I would be charged with trespassing. I asked them why because I didn't do anything. The police were very loud and rude. At this point I am not sure what to do because I get my treatment at the hospital.

My concern is the hostile treatment when asking for assistance and getting my dialysis treatment with no issues. Many times before when asked about my test results I was able to get them with no problem. I have vision problems and am not able to pull up the portal information on my phone. That is why I asked the nurses during dialysis for the results and was surprised when they were not able to see them around 5:45pm. I was not trying to cause a problem by asking for this information. I just wanted to know the results.

I am requesting that this matter be reviewed, ensuring that hospital staff treat patients with respect and address questions appropriately.

Your attention to this matter is greatly appreciated.

Sincerely,

Jeffrey Allred
646-377-1119



EXHIBIT
E

\

# AFTER VISIT SUMMARY

**HEALTH+ HOSPITALS** | **Kings County**

**Jeffrey Allred**  MRN: 1583607

📅 8/7/2025  📍 Kings County Adult ED 718-245-4617

## Instructions

You were seen here today for your routine dialysis session. You remained stable throughout the treatment and were stable at discharge. Please continue with your regular care and follow up with your primary care physician as advised.
Return to the Emergency Department if you experience any new or worsening symptoms such as dizziness, shortness of breath, chest pain, or swelling.
Thank you for choosing us for your care.

## What's Next

You currently have no upcoming appointments scheduled.

## General Emergency Department Discharge Instructions

We appreciate that you chose us as your healthcare provider.

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit please call us at the included phone number above on this form. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

*It is important that you keep appointments that may have been scheduled. If you are unable to make an appointment, please call the corresponding clinic to reschedule your appointment.*

## Instructions

 **No changes were made to your medications.**

## Today's Visit

You were seen by Dr. Bonny Baron and Dr. Jorge Gonzalez

**Reason for Visit**
for dialysis

**Diagnosis**
Encounter for hemodialysis for ESRD (HCC)

⊡ **Done Today**
Inpatient Consult to Nephrology
Inpatient Consult to Social Work
Vital Signs Once



# Home Medication Information

The list of your home medications is based on the information provided by you (or your representative) during your Emergency Department visit, and/or the information contained in your medical record.  In addition, some of your home medications **may have been changed** by the Emergency Department provider who evaluated you. These changes **may** include:

- New medications
- Changes to the amount or how often you take a medication
- Discontinuation of a medication

Please review the information below carefully.  **Continue all your current medications as you are presently taking, with the exception of the following changes below.  If you have questions about any of the medications or the changes, please contact your Primary Care Physician, the Provider who prescribed the medication, or your Pharmacist.**

# Changes to Your Medication List

You have not been prescribed any medications.

 CHART Stay engaged with your health with **MyChart**, a free, convenient, secure online tool. With MyChart you can...Message your doctor's office... Request refills... See test results... See your visit summaries and upcoming appointments... Pay your bill... Request financial assistance... And much more!

To sign up for MyChart, go to **mychart.nychhc.org** or scan the QR code below using your smartphone's camera, click "**Sign Up Now**", and enter your personal **activation code: 3GH5S-V7BDD**
**Expires: 11/3/2025  7:20 PM** Expires:



You can also call to get help signing up or using MyChart anytime: 844-920-1227

**Remember, for emergencies, always call 911- do not use MyChart.**

# Your Treatment Plan

The treatment you have received during your visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. The information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper treatment of your condition.

# NYC Health and Hospital Virtual ExpressCare

**Introducing Virtual ExpressCare: Get Urgent Care with Just One Click**
Virtual ExpressCare is an easy way to see a doctor about health issues that are not emergencies. You can see one of our doctors in less than 5 minutes from your home. We have interpretation services in over 200 languages.

Go to Expresscare.nyc to start a video visit from your smartphone or computer. You do not need to download any applications. A NYC Health + Hospitals support hero will help you register, and a doctor will see you.

Get high quality, low-cost urgent care from anywhere! ExpressCare takes most insurance plans. If you do not have health insurance, we can help you enroll. If you do not qualify or cannot afford health insurance, we can help you get NYC Care, our health care access program.
**Visit Expresscare.nyc or call (631) 397-2273 or point your smartphone camera at the QR code to talk to a doctor now.**



## Don't wait any longer! Protect yourself and others against COVID-19!

NYC Health + Hospitals is committed to help New Yorkers fight the COVID-19 pandemic. One of the most powerful tools to end the COVID-19 pandemic are vaccines. By getting vaccinated, you are protecting yourself, your family, your coworkers, and your community. Being vaccinated will prevent you from:

- Getting COVID-19
- Becoming seriously ill or dying due to COVID-19
- Spreading COVID-19 to others

Once vaccinated, you will add to the number of people in the community who are protected. This will help us to reach herd immunity - when a large part of the community becomes immune (protected from) COVID-19. This makes it harder for the disease to spread.

**COVID-19 vaccines are safe, free and effective!**

NYC Health + Hospitals has been using Pfizer, Moderna and J&J vaccines. All three vaccines have been given Emergency Use Authorization (EUA) by the Food and Drug Administration (FDA) in United States. These vaccines have been carefully studied both before and after the FDA's EUA. The vaccines have shown virtually no significant or long-term problems.

In a study of more than 17 million people who received Pfizer or Moderna vaccines:

- Serious allergic reactions happened at a rate of only 2-4 per 1 million doses. This is safer than almost all medicines!

**There are many ways to get your COVID-19 vaccine!**

Anyone age 12 and older that lives in the United States can get the COVID-19 vaccine in New York City. To get your vaccine, you can:

**1. Schedule an appointment online.** Go to https://tinyurl.com/NYCHHCovidVaccine or use the QR code below on your phone:



**2. Call to schedule an appointment.** 1-877-VAX-4NYC (1-877-829-4692)

**3. Visit one of the walk-up vaccine sites.** All NYC Health + Hospitals vaccine sites welcome walk-ins. Go to https://tinyurl.com/NYCWalkinCovidVaccine or use the QR code below on your phone:



**Important things to know before you visit us for your vaccine:**

**Bring proof of ID.** Please bring proof of your identification and date of birth. For a full list of documents that you can bring, please visit nyc.gov/covidvaccine.

**Talk to your doctor first about the vaccine if you are:**
- Pregnant or breastfeeding
- Taking strong immune system-related medicines (e.g. steroids or chemotherapy)
- Have a history of serious allergic reactions

**Reschedule if you are sick.** You will be unable to get the vaccine if you:
- Have COVID-19, or
- Are waiting for a COVID-19 test result

Please reschedule if you are not feeling well on the day of your appointment.

**Bring your health insurance card.** COVID-19 vaccines are free with no out of pocket costs to all New Yorkers regardless of insurance status. But if you have health insurance, we will bill your insurance.

**Stay protected** – Wear a face covering to your appointment. Follow social distance guidelines.

**Let's get vaccinated and fight against the pandemic together!**

# COVID-19 Message

**HEALTH+
HOSPITALS**    CHART

For the latest information from NYC Health + Hospitals about COVID-19, including testing sites, vaccines, care & treatment, and more resources go to www.nychealthandhospitals.org

If you have a fever, cough, sore throat, or shortness of breath that is unrelated to an existing condition, or have questions about COVID-19 testing, please call 1-844-NYC-4NYC (1-844-692-4692).

The updated booster vaccine is now available! To make an appointment or for information about vaccines, please call 1-877-VAX-4NYC (1-877-829-4692)

Thank you for being a patient at KINGS COUNTY ADULT ED today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to the pharmacist when you arrive. Thank you again!

**Patient EMPI: 25501035 - For Internal Pharmacy Use Only**

25501035

1025501035

**Acknowledgement of Discharge Instructions**

- I understand the treatment received during this visit was provided on an **emergency basis only** and is not meant to be a replacement for ongoing medical care. I also understand the information provided in these discharge instructions, **including follow up information**, should be followed in order to ensure proper ongoing treatment of my complaint/diagosis.

- A member of the Emergency Department staff has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

_____
Patient/Representative Signature

_____
Relationship to Patient

_____        _____
Date                                            Time

_____
Witness

_____        _____
Date                                            Time

**Jeffrey Allred**
**CSN: 191512014**
**DOB: 3/10/1968 male**
**MRN: 1583607**
**Adm Date: 8/7/2025**



Allred, Jeffrey (MR # 1583607) Printed at 8/7/2025  5:03 PM                    Page 1 of 1

 Gmail

---

# RE: URGENT FORMAL COMPLAINT – Great Lakes Dialysis Center (17151 Kercheval Ave., Detroit Michigan 48215

---

Jeffrey Allred <oneteamster801@gmail.com>                    Thu, Aug 7, 2025 at 9:17 AM
To: CMS_HHSGOVCORR@cms.hhs.gov
Bcc: Jeffrey Allred <oneteamster801@gmail.com>, LoveConeyIsland <loveconeyisland@gmail.com>

JEFFREY TROY ALLRED
4159 Gray Street
Detroit, Michigan 48215
Phone: (646) 377-1119
Email: oneteamster801@gmail.com

August 7, 2025

To:
National Dialysis Accreditation Commission

Staff Involved: Technician Otis, Technician Shane West, Nurse Bukola, Secretary Edward, Technician Diana, Management

Dear Sir/Madam,

I am submitting this formal complaint regarding a serious and dangerous pattern of misconduct, misrepresentation, and patient endangerment at Great Lakes Dialysis / Dialysis Care Center, located at 17151 Kercheval Avenue, Grosse Pointe, Michigan 48230, where I was a dialysis patient.

Despite being a disabled patient entitled to protection under federal law, I was subjected to repeated abuse, fraudulent statements, hazardous treatment procedures, and a dangerously botched out-of-state transfer that left me stranded and without medical care.

—

Staff and Incidents Involved:

1. Nurse Bukola (Charge Nurse):

Personally confirmed that I had an approved transfer and a reserved dialysis chair at Robeson Institute on Church Avenue in Brooklyn, New York.

This turned out to be false. When I arrived, the facility had no record of me, and I was denied treatment.

2. Technician Diana:

Instructed me that a TB shot was mandatory before transfer and administered it, stating that the results would be read upon arrival in New York.

No one in New York was informed or capable of reading the TB test, indicating gross miscommunication or

EXHIBIT

M

deliberate misinformation.

### 3. Secretary Edward:

Repeatedly told me I was "confirmed" for care in New York and that only labs were needed.

These statements were entirely false and contributed to me being medically stranded.

He also reportedly sent labs to a nonexistent or unconfirmed clinic.

### 4. Technician Otis:

Mishandled the dialysis machine by removing acid and letting it flow freely from the wall for 3 minutes while troubleshooting low conductivity.

. his behavior presents a life-threatening risk, including stroke, nerve damage, and cardiac arrest.

### 5. Technician Shane West:

Misconnected the dialysis machine tubing by placing the red arterial line where the blue venous line should go, then yelled "Oh s**t," quickly switching them.

After this mistake, I experienced lightheadedness and imbalance, suggesting potential harm.

On another occasion, he stuck me near the white part of my arm, a medically unsafe area that could have required vascular surgery. I reported this to management.

### 6. Facility Management:

Was informed about these events and errors. While they verbally confirmed I had a transfer approved, they allowed me to travel unprepared and unsupported, resulting in a dangerous situation.

I was forced to go to Kings County Hospital in Brooklyn, spending nearly 11 hours (from 9:00 a.m. to 7:30 p.m.) waiting for emergency dialysis care that should have been pre-arranged.

—

Federal & Civil Violations:

I believe this facility has committed the following violations:

Negligent Medical Care and Patient Abandonment

Violation of 42 CFR § 494.70 – Patient Rights

Violation of HIPAA (45 CFR § 164) – Improper handling of medical transition and documentation

Violation of the Americans with Disabilities Act (ADA)

2

Violation of the Civil Rights Act... Discriminatory and retaliatory patterns of care

Possible EMTALA violations, due to failure to ensure continuation of life-sustaining treatment

Impact:

These actions have resulted in:

Emotional distress, fear, and anxiety

Interruption in life-sustaining treatment

Potential long-term medical harm from unsafe procedures

Public emergency exposure, relying on a hospital system for what should have been a simple, scheduled treatmen::

Previous Reporting:

! contacted Ms. Renee Nelson of ESRD Network 11, who confirmed the severity of this matter and advised I elevate my complaint to the National Dialysis Accreditation Commission.

Relief Requested:

Immediate investigation into Great Lakes Dialysis / Dialysis Care Center

Interview and disciplinary review of technicians Otis and Shane West, nurse Bukola, secretary Edward, and technician Diana

Review of policies on out-of-state patient transfers, machine handling, and documentation accuracy

A full audit of my patient file, communications, and treatment logs

Safeguards to ensure no other patient is subjected to these conditions

Additional Reporting Options You May Recommend:

If there are other federal agencies or legal steps you recommend I take, such as CMS, the Michigan Department of Health, or the Office for Civil Rights (OCR), I am more than willing to pursue them with your guidance.

I respectfully ask that your office take this matter seriously and respond at your earliest opportunity. I am available for follow-up and will provide certified mail copies, medical records, and supporting evidence upon request.

Sincerely,
Jeffrey Troy Allred
Phone: (646) 377-1119

3

**Email:** oneteamster801@gmail.com
**Address:** 4159 Gray Street, Detroit, MI 48215


# Gmail

---

## Subject: Formal Complaint Against Dr. Tubie Bonfide for Threats and Patient Rights Violations at Great Lakes LLC From: Jeffrey Allred

**Jeffrey Allred** <oneteamster801@gmail.com>                    Mon, Aug 18, 2025 at 6:32 AM
To: Renae Nelson <renae.nelson@midwestkidneynetwork.org>
Bcc: Jeffrey Allred <oneteamster801@gmail.com>, LoveConeyIsland <loveconeyisland@gmail.com>, Jeffrey Allred sr <magic13bwise@gmail.com>, jallred@najasecurity.com

**I Complaint to CMS**

Date: August 18, 2025, 06:11 AM EDT

[l
Dear CMS Regional Administrator and Relevant Agencies,

[



EXHIBIT

S

I, Jeffrey Allred, a 57-year-old Black or African American male with end-stage renal disease (ESRD), am filing this formal complaint against Dr. Tubie Bonfide (Director of Dialysis Care Center/ Great Lake LLCat Great Lakes LLC/Dialysis Care Center, 17151 Kercheval Ave., Grosse Pointe, MI 48230) for threatening me and violating my patient rights during my dialysis treatment on August 15, 2025. This incident has heightened my fear for my safety and compromised my ability to make my own medical decisions. I request an immediate investigation and appropriate action to ensure my rights are protected.

## Incident on August 15, 2025

While receiving treatment at Great Lakes LLC, Dr. Tubie Bonfide approached me and threatened, "If you don't take the drugs, I will send you back to the hospital. You don't want to go back to the hospital, do you?" He then asked, "Where you live? You live around here, right?" in a manner that suggested he might come to look for me. He spoke to me condescendingly, saying, "You told me you would be a good boy when you were in the hospital," treating me like a child unable to make my own decisions. I responded, "I don't speak like that. What does that mean—taking drugs?" When I asked why he would say that, he replied, "I'm just trying to help you." Shane West was present, and a male patient sitting five feet away likely heard this exchange. As a capable 57-year-old man, I recognize this as a threat and an attempt to undermine my autonomy, which I firmly reject as an obligor.

## Impact and Concerns

This incident has left me fearing for my safety, especially given my reliance on dialysis for survival. I am fully capable of making my own medical decisions and have been targeted in ways that suggest retaliation for asserting my rights. This behavior by Dr. Bonfide adds to a pattern of mistreatment I've experienced, further jeopardizing my health and well-being.

Legal Violations

- **Due Process (14th Amendment, 42 CFR § 494.70):** Denial of my right to make informed decisions without coercion.
- **Deliberate Indifference (*Estelle v. Gamble*, 429 U.S. 97, 1976):** Threatening to withhold care based on

Gmail - Subject: Formal Complaint Against Dr. Bonfide for Third Patient Rights Violations at Great Lakes LLC From: Jeffrey Allred

Case 2:25-cv-08947-MFF-KGA ECF No. 1, PageID.40 Filed 09/26/25 Page 40 of 41

8/18/25, 11:34 AM

medication refusal.

- **Retaliation (42 U.S.C. § 12203, 42 CFR § 494.70):** Potential punishment for exercising patient autonomy.
- **ADA/Title VI:** Discrimination based on disability (ESRD) and possible racial/age bias.

## Relief Sought

I request an investigation into Dr. Bonfide's conduct, removal of any false labels from my records, reinstatement of safe dialysis care, and accountability for his actions. I also seek damages for the emotional distress caused by this threat.

Please act urgently, as I fear for my life due to these ongoing threats. please transfer me out of this facility a.s.ap I dont feel safe at all.

[

Sincerely,

Jeffrey Allred

(646 377 1119 Today is My day to go into Dialysis I believe the staff will try to set me up as if I said something or did something wrong they have done so much to me

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jeffrey Allred
4159 Gray st
Detroit MI 48215

**DEFENDANTS** DaVita State Fair
19000 Woodward Ave
Detroit MI 48203

**(b)** County of Residence of First Listed Plaintiff   WAYNE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   WAYNE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jeffrey Allred Pro se
4159 Gray st, Detroit MI 48215

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1   U.S. Government Plaintiff
- [X] 3   Federal Question *(U.S. Government Not a Party)*
- [ ] 2   U.S. Government Defendant
- [ ] 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | **FEDERAL TAX SUITS** | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [X] 446 Amer. w/Disabilities - Other | [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | [ ] 871 IRS—Third Party 26 USC 7609 | |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

446

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
ADA, rehab § Act 1983   Patient Bill of Rights, Canterbury v Spence (informed consent)
Brief description of cause:
False labelling of violent threat w/o due process / abuse

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   [X] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   September 26, 2025    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____