UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY ALLRED,

    Plaintiff,

v.

DAVITA GROSSE POINTE
DIALYSIS CENTER, *et al.*,

    Defendants.
_____/

Case No. 25-cv-13047
Hon. Matthew F. Leitman

## ORDER DENYING ALL OF PLAINTIFF'S PENDING MOTIONS WITHOUT PREJUDICE (ECF Nos. 9, 10, 12, 14, 15)

On September 26, 2025, Plaintiff Jeffrey Allred, proceeding *pro se*, filed this civil action against Defendants DaVita Grosse Pointe Dialysis Center and others (*See* Compl., ECF No. 1.) Allred's claims arise out of alleged mistreatment that Allred received while receiving dialysis care. (*See id.*) The Court reviewed Allred's Complaint and concluded that, as then pleaded, it did not state any plausible claims against the Defendants. (*See* Order, ECF No. 7.) Thus, on October 1, 2025, the Court directed Allred to file a First Amended Complaint as follows:

> In that amended pleading, Allred shall include all factual allegations currently known to him that support his claims against the Defendants and that address the concerns that the Court raised above. In addition, for each Count that Allred seeks to bring against a particular Defendant, he shall plead facts showing, on a Defendant-by-Defendant basis, how that Defendant separately violated

1

> his rights with respect to that Count. Finally, to the extent that Allred seeks to bring constitutional claims against any Defendant, he shall plead facts showing how that Defendant acted under the color of state law. If Allred does not file an Amended Complaint as directed above, the Court will dismiss his current Complaint without prejudice.

(*Id.*, PageID.63.)

On October 2, 2025 – the day after the Court issued its order directing Allred to file a First Amended Complaint – several additional motions and other filings by Allred appeared on the Court's docket, including a motion for leave to file an Amended Complaint. (*See* ECF Nos. 9-15.) Even though these documents first appeared on the docket after the Court issued its October 1 order, it appears that the documents were either sent to and/or filed with the Court *before* the Court issued that order. (*See id.*)

All of the pending motions are **DENIED WITHOUT PREJUDICE**. The motion for leave to file an Amended Complaint is **DENIED** because it does not comply with the instructions that the Court provided in its October 1 order and does not cure any of the deficiencies in Allred's initial Complaint that the Court identified in that order. The remainder of Allred's motions are **DENIED** because, unless and until Allred files a First Amended Complaint that states cognizable claims against the Defendants, there are no viable claims pending in this action. Moreover, Allred

2

has not yet persuaded the Court that the relief he seeks in his motions is available and/or that it is appropriate to grant him that relief.

Finally, the Court again directs Allred to follow the instructions that the Court provided in its October 1 order and to file a First Amended Complaint that complies with that order by no later than **November 3, 2025**.

**IT IS SO ORDERED**.

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  October 2, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2025, by electronic means and/or ordinary mail.

                        s/Holly A. Ryan
                        Case Manager
                        (313) 234-5126